### 21212. RALEY v. THE STATE.

BLOODWORTH, J. 1. The only special ground of the motion for a new trial alleges error by the judge in not declaring a mistrial upon the ground of "improper argument of the solicitor-general." This ground of the motion is not unqualifiedly approved by the judge, and under numerous decisions of the appellate courts of this State this court is not called upon to consider this ground. *Jarrett* v. *State,* 41 *Ga. App.* 840 (155 S. E. 49), and cases cited therein.

2. In *Humphrey* v. *State,* 39 *Ga. App.* 406 (147 S. E. 402), this court held: "A verdict supported by any evidence and approved by the trial judge can not be set aside by this court because of conflicting evidence or alleged insufficiency of evidence." There was some evidence to support the verdict in this case, and the verdict is approved by the trial judge.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED APRIL 14, 1931.

*Hugh E. Combs,* for plaintiff in error.
*M. L. Fells, solicitor-general,* contra.

### 21213. STILL v. THE STATE.

BROYLES, C. J. The verdict was amply authorized by the evidence, and the special grounds of the motion for a new trial are without merit. The charge of the court was fair and sufficiently full and was not subject to any of the criticisms urged against it. The refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 14, 1931.

*Shackelford & Shackelford,* for plaintiff in error.
*Henry H. West, solicitor-general,* contra.